```
1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   TIMOTHY ZINDEL, #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    timothy_zindel@fd.org
5

6   Attorney for Defendant
    FRANCESCO G. MATINATA
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:18-po-00697 JDP |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND SCHEDULING VIDEO** |
| | ) **APPEARANCE** |
| FRANCESCO G. MATINATA, | ) |
| | ) Date:  April 16, 2019 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Francesco G. Matinata, that the status conference scheduled for April 16, 2019, may be continued to June 11, 2019, at 10:00 a.m.  The parties further agree that Mr. Matinata may appear via video conference from the U.S. District Court in Miami, Florida, where he resides, because of the financial hardship posed by travel to California.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

-1-

The parties reached a resolution in this case and anticipated resolving it this week, this Court having previously approved Mr. Matinata's appearance by video. However, the District Court in Florida requires additional notice in order to schedule the appearance. The parties ask to reschedule the case for June 11 when undersigned defense counsel is scheduled to be present, in order to afford continuity of counsel.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 15, 2019  /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for FRANCESCO MATINATA

McGREGOR SCOTT
United States Attorney

Dated: April 15, 2019  /s/ T. Zindel for S. St. Vincent
SUSAN ST. VINCENT
Legal Officer

**O R D E R**

The status conference scheduled for April 16 is continued to June 11, 2019, at 10:00 a.m. Mr. Matinata may appear by video conference from the District Court in Miami, Florida.

IT IS SO ORDERED.

Dated:  April 15, 2019   _____
UNITED STATES MAGISTRATE JUDGE