HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
FRANCESCO G. MATINATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCESCO G. MATINATA,<br><br>    Defendant. | Case No. 6:18-00697 JDP<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND SCHEDULING VIDEO APPEARANCE**<br><br>Date:   June 11, 2019<br>Time:  10:00 a.m.<br>Judge:  Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Francesco G. Matinata, that the status conference scheduled for April 16, 2019, may be continued to October 1, 2019, at 10:00 a.m.  The parties further agree that Mr. Matinata may appear via video conference from the U.S. District Court in Miami, Florida, where he resides, because of the financial hardship posed by travel to California.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

-1-

The parties reached a resolution in this case but the defendant will be unavailable in June and July.  We anticipated this case would be resolved at the hearing in October.  This Court has previously approved Mr. Matinata's appearance by video.  However, the District Court in Florida requires additional notice in order to schedule the appearance.  The parties ask to reschedule the case for October 1, 2019 when undersigned defense counsel is scheduled to be present, in order to afford continuity of counsel.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  May 31, 2019          /s/ T. Zindel_____
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for FRANCESCO MATINATA

                              McGREGOR SCOTT
                              United States Attorney

Dated:  May 31, 2019          /s/ T. Zindel for S. St. Vincent
                              SUSAN ST. VINCENT
                              Legal Officer

**O R D E R**

The status conference scheduled for June 11, 2019 is continued to October 1, 2019, at 10:00 a.m.  Mr. Matinata may appear by video conference from the District Court in Miami, Florida.

IT IS SO ORDERED.

Dated:  ___June 3, 2019___          _____
                                    UNITED STATES MAGISTRATE JUDGE